UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMANY IBRAHIM MOFTAH BERISHA, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Case 3:23-CV-1101-B-BK | |
| § | | |
| U.S. EMBASSY, ET AL., § | | |
| Defendants. § | | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 29th day of February, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE